**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 26-cv-01682-RMR

DARIOUCH SADEGHI,

      Petitioner,

v.

TODD LYONS, Director of ICE,
JUAN BALTAZAR, Warden, Denver, and
ROBERT HAGAN, Field Office Director of ICE, Denver,

      Respondents.

---

## SECOND ORDER TO SHOW CAUSE

---

Petitioner Dariouch Sadeghi is a federal immigration detainee at the ICE Aurora Contract Detention Facility in Aurora, Colorado. On April 30, 2026, Petitioner filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (ECF No. 4). On May 1, 2026, Respondents were ordered to show cause why the Application should not be granted. The Court's docketing records indicate Respondents were served with that order, but Respondents have not responded within the time allowed.

Accordingly, it is

ORDERED that Respondents must show cause in writing and filed with the Court within three (3) days from the date of this Order as to why the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 4) should not be granted. It is

FURTHER ORDERED that Petitioner may file a reply within seven (7) days of Respondents' response to this second show cause order.

DATED June 4, 2026.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge