**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01682-RMR

DARIOUCH SADEGHI,
     Petitioner,

v.

TODD LYONS, Acting Director of Immigration and Customs Enforcement,
JUAN BALTAZAR, Warden, Denver Contract Detention Facility, Aurora, Colorado,
ROBERT HAGAN, Field Office Director, Denver, Immigration and Customs
     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to

Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order [ECF No.17] entered by United States

District Judge Regina M. Rodriguez on July 6, 2026, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241

[ECF No. 4] is GRANTED. It is

FURTHER ORDERED that as the prevailing party, Petitioner is awarded their costs

to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P.

54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that his case is closed.

Dated at Denver, Colorado this 13th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/K. Myhaver
Kally Myhaver, Deputy Clerk